1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

12

13

14

15

16

17

18

| | |
|---|---|
| CARLOS LORIGO | ) Case No.:  1:13-cv-0405-SKO |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND BRIEFING SCHEDULE** |
| vs. | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Comm'r of Social Security, | ) |
| Defendant. | ) |

19

20      TO THE HONORABLE SHELIA K. OBERTO, MAGISTRATE JUDGE

21  OF THE DISTRICT COURT:

22      Plaintiff Carlos Lorigo ("Plaintiff") and defendant Carolyn W. Colvin,

23  Acting Commissioner of Social Security ("Defendant"), through their undersigned

24  counsel of record, hereby stipulate, subject to the approval of the Court, to extend

25  the time for Plaintiff to file Plaintiff's Opening Brief to January 6, 2014; and that

26

-1-

1   Defendant shall have until February 5, 2014, to file his opposition, if any is

2   forthcoming.  Any reply by plaintiff will be due February 12, 2014.

3            An extension of time for plaintiff is needed in order to properly address the

4   issues within the administrative record in this matter to avoid a confluence of due

5   dates in the midst of the holiday season as a result of the lapse in appropriations.

6   Counsel sincerely apologizes to the court for any inconvenience this may have had

7   upon it or its staff.

8

9   DATE: December 2, 2013          Respectfully submitted,

10                                  LAW OFFICES OF LAWRENCE D. ROHLFING

11                                       /s/ *Steven G. Rosales*
                                  BY: _____

12                                       Steven G. Rosales
                                         Attorney for plaintiff CARLOS LORIGO
13

14  DATE:  December 3, 2013         BENJAMIN WAGNER
                                    United States Attorney
15

16

17                                  */S/- Paul Sachelari

18                                  _____

19                                  Paul Sachelari
                                    Special Assistant United States Attorney
20                                  Attorney for Defendant
                                    [*Via email authorization]
21

22

23                                  **ORDER**

24       Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

25       1.      Plaintiff shall file an opening brief no later than January 6, 2014;

26

-2-

1       2.     Defendant shall file a responsive brief no later than February 5, 2014;

2           and

3       3.     Plaintiff may file an optional reply brief no later than February 12,

4           2014.

IT IS SO ORDERED.

Dated:   **December 4, 2013**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE