# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| CARLOS LORIGO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Comm'r of Social Security,<br><br>　　　　Defendant. | Case No.: 1:13-cv-0405-SKO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

TO THE HONORABLE SHELIA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Carlos Lorigo ("Plaintiff") and defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to January 6, 2014; and that

-1-

1 | Defendant shall have until February 5, 2014, to file his opposition, if any is
2 | forthcoming.  Any reply by plaintiff will be due February 12, 2014.
3 |      An extension of time for plaintiff is needed in order to properly address the
4 | issues within the administrative record in this matter to avoid a confluence of due
5 | dates in the midst of the holiday season as a result of the lapse in appropriations.
6 | Counsel sincerely apologizes to the court for any inconvenience this may have had
7 | upon it or its staff.

DATE: December 2, 2013    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff CARLOS LORIGO

DATE:  December 3, 2013    BENJAMIN WAGNER
United States Attorney


*/S/- Paul Sachelari

_____
Paul Sachelari
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]


**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1.     Plaintiff shall file an opening brief no later than January 6, 2014;

2. Defendant shall file a responsive brief no later than February 5, 2014; and

3. Plaintiff may file an optional reply brief no later than February 12, 2014.

IT IS SO ORDERED.

Dated: **December 4, 2013**                     **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE